UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>SCOTT HEIEN<br>GINA MARIE HEIEN,<br><br>        Debtors. | )<br>)<br>)<br>) Case No. 14-47046-659<br>) Chapter 13<br>)<br>) Notice of Appeal<br><br>) Lori R. Koch<br>) 7701 Clayton Road<br>) St. Louis, Missouri 63117<br>) (314) 721-7171<br>) Attorney for Movant<br>) lkoch@grlawstl.com |

**INTERESTED PARTY AUTOCENTERS ST. CHARLES, LLC'S NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   <u>AutoCenters St. Charles, LLC</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| Plaintiff | Debtor |
| Defendant | Creditor |
| Other (describe)_____ | Trustee |
| | **x**  Other (describe) <u>- Interested Party</u> |

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>Order denying Interested Party's Motion for Relief from Automatic Stay or in the Alternative for Abandonment of Property</u>

2. State the date on which the judgment, order, or decree was entered: <u>December 15, 2014</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Gina Heien        Attorney: Jeffrey Lane Ringling
   Rosenthal & Ringling
   11430 St. Charles Rock Road, Suite A
   Bridgeton, MO 63044
   (314) 426-4466

2. Party: Scott Heien        Attorney: Jeffrey Lane Ringling
   Rosenthal & Ringling
   11430 St. Charles Rock Road, Suite A
   Bridgeton, MO 63044
   (314) 426-4466

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

      <u>x</u> Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

__/s/ Lori R. Koch_____          Date: December 29, 2014
GOFFSTEIN, RASKAS, POMERANTZ,
KRAUS & SHERMAN L.L.C.
Lori R. Koch            #32879MO
7701 Clayton Road
St. Louis, Missouri 63117
(314) 721-7171 (Telephone)
Attorneys for Appellant

Dated: December 29, 2014


## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of December 2014, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all parties receiving such notifications.

                                                      /s/ Lori R. Koch_____